Catherine S. Nasser (State Bar No. 246191)
cnasser@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
MOSAIC SALES SOLUTIONS HOLDING COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HARRISON KIM,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**MOSAIC SALES SOLUTIONS HOLDING COMPANY; and DOES 1 through 50, inclusive,**<br><br>　　　　**Defendants.** | Case No. 2:10-CV-03186-MCE-GGH<br><br>**ORDER RE. JOINT MOTION TO CONTINUE HEARING DATE AND EXTEND TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO REMAND AND REPLY IN SUPPORT OF MOTION TO REMAND** |

Defendant Mosaic Sales Solutions US Operating Co., LLC, erroneously sued as Mosaic Sales Solutions Holding Company ("Mosaic" or "Defendant"), and Plaintiff Harrison Kim ("Plaintiff") have filed a Joint Motion to Continue Hearing Date and Extend Time to File the Opposition to Plaintiff's Motion to Remand and the Reply in Support of Motion to Remand. Having fully considered the Joint Motion,

IT IS HEREBY ORDERED THAT:

1. Defendant's deadline to file an opposition to Plaintiff's Motion to Remand is extended to January 20, 2011;

2. Plaintiff's deadline to file a reply in support of his Motion to Remand is extended to January 27, 2011; and

1    3.   The hearing on Plaintiff's Motion to Remand will be continued until February 10,
2    2011 at 2:00 p.m.

4         IT IS SO ORDERED.

6    Dated:  January 25, 2011

7    _____
     MORRISON C. ENGLAND, JR
8    UNITED STATES DISTRICT JUDGE

SFI-658937v1

[PROPOSED] ORDER TO CONTINUE
HEARING AND EXTEND TIME                      - 2 -                      2:10-CV-03186-MCE-GGH