1  Catherine S. Nasser (State Bar No. 246191)
   cnasser@jonesday.com
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA  94104
   Telephone:    (415) 626-3939
4  Facsimile:    (415) 875-5700

5  Attorneys for Defendant
   MOSAIC SALES SOLUTIONS HOLDING
6  COMPANY

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 **HARRISON KIM,**                      Case No. 2:10-CV-03186-MCE-GGH

12         **Plaintiff,**                 **ORDER TO EXTEND DEADLINE TO CONFER PURSUANT TO FED. R. CIV. P. 26(F) AND TO SUBMIT JOINT STATUS REPORT**

13         **v.**

14 **MOSAIC SALES SOLUTIONS HOLDING COMPANY; and DOES 1 through 50, inclusive,**

15

16         **Defendants.**

17

18

19         Defendant Mosaic Sales Solutions US Operating Co., LLC, erroneously sued as Mosaic

20 Sales Solutions Holding Company ("Mosaic" or "Defendant"), and Plaintiff Harrison Kim

21 ("Plaintiff") have filed a Joint Motion to Continue Deadline to Confer Pursuant to Fed. R. Civ. P

22 26(f) and to Submit Joint Status Report.  Having fully considered the Joint Motion,

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

IT IS HEREBY ORDERED THAT:

1. The parties deadline to confer as required by Federal Rule of Civil Procedure Rule 26(f) and to submit a joint status report as outlined in this Court's November 29, 2010 Order Requiring Joint Status Report is extended until ten (10) days after this Court's ruling on Plaintiff's Motion to Remand.

IT IS SO ORDERED.

Dated:  January 29, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE